Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JUNE 11, 2014

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM BURGESS,
JOSHUA RIKER, and
SADIE OUELLETTE,

Defendants.

CR14-174 JLR

INDICTMENT

The Grand Jury charges that:

## COUNT 1
### (Conspiracy to Distribute Oxycodone)

Beginning at a time unknown, but within the last five years, and continuing through on or about October 11, 2011, in King County, within the Western District of Washington, and elsewhere, WILLIAM BURGESS, JOSHUA RIKER, SADIE OUELLETTE, and others known and unknown, knowingly and intentionally did conspire to distribute oxycodone, a substance controlled under United States Code, Section 812, Schedule II.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

INDICTMENT / Burgess, et al. — 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, WILLIAM BURGESS, JOSHUA RIKER, SADIE OUELLETTE shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, and also shall forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendants,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

//
//
//

1 it is the intent of the United States, pursuant to Title 21, United States Code,
2 Section 853(p), to seek the forfeiture of any other property of the Defendants up to the
3 value of the above-described forfeitable property.

A TRUE BILL:

DATED: 6-11-14

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

_____
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney