**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT William Richard BURGESS          USAO# 2013R01074

_/ MAGISTRATE'S NO. _____          _/ DOCKET NO. (If Superseding Indictment) CR _____

***

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes  X/ no
IF YES:

   _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
*** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____ .
   _/ A DETENTION ORDER HAS BEEN ENTERED.
      *** _/ TEMPORARY DETENTION
      *** _/ PERMANENT DETENTION
         _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____ .
         (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
   _/ SERVING A FEDERAL SENTENCE AT _____
   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____ .
   _/ PENDING STATE CHARGES AT _____

***

III. ARRAIGNMENT

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____(Date)_____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
   DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____(Date)_____ CALENDAR.
   DEFENSE ATTORNEY'S NAME: _____
   DEFENSE ATTORNEY'S ADDRESS: _____

***

IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE: DETAINED _____ .
   [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
   _/ CONTINUE CONDITIONS OF RELEASE
   _/ CONTINUE DETENTION
   _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***

HAS THE FPD represented any subject or witness in this case?   _/ Yes  _/ No

***

THE ESTIMATED TRIAL TIME IS _____ TRIAL DAYS.          _____
                                                        (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  JOSHUA RIKER                    USAO#  2013R01074

_/ MAGISTRATE'S NO. _____    _/ DOCKET NO. (If Superseding Indictment) CR _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _/ yes    X/ no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
      \*\*\*  _/ TEMPORARY DETENTION
      \*\*\*  _/ PERMANENT DETENTION

      _/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
      (Date)
    DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
      (Date)
    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

    X/ NOT PREVIOUSLY SET, SHOULD BE:  DETAINED _____.
                                     [e.g., P.R.; BAIL (listing conditions); DETENTION]
    _/ PREVIOUSLY SET, SHOULD BE:
        _/ CONTINUE CONDITIONS OF RELEASE
        _/ CONTINUE DETENTION
        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?    _/ Yes   _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS _____ TRIAL DAYS.              _____
                                                           (Date Form filled out)

                                                                     (Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  SADIE OUELLETTE                           USAO#  2013R01074

_/ MAGISTRATE'S NO. _____          _/ DOCKET NO. (If Superseding Indictment) CR _____

*********************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _/ yes   X/ no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
      *** _/ TEMPORARY DETENTION
      *** _/ PERMANENT DETENTION
        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

*********************************************************************************************

III. ARRAIGNMENT

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____(Date)_____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
    DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____(Date)_____ CALENDAR.
    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

*********************************************************************************************

IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE:  DETAINED _____.
    [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*********************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes  _/ No

*********************************************************************************************

THE ESTIMATED TRIAL TIME IS _____ TRIAL DAYS.        _____
                                                         (Date Form filled out)

(Revised June 2000)