FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 11 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SADIE OUELLETTE,

    Defendant.

CASE NO. CR14-174 JLR

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 11th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES _____ NO __XX__

ORDER ISSUING BENCH WARRANT – 1