UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-174 JLR |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| SADIE OUELLETE, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Conspiracy to Distribute Oxycodone

<u>Date of Detention Hearing</u>:   July 14, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is currently serving a prison sentence on a state matter in Connecticut, and is not scheduled to be released until July, 2017.

(2) She has stipulated to the entry of an order of detention in this case, with leave to move to re-open that order if this case remains pending at such time as she is released from state imprisonment.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. Defendant's counsel may move to re-open this order when and if this case remains pending at such time as defendant is released from state imprisonment; and

5. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of July, 2015.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3