DISTRICT JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-174JLR |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |
| SADIE OUELLETTE, | |
| Defendant. | |

THE COURT having considered the defendant's motion for continuance of the pretrial motions date and trial date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(I).

IT IS THEREFORE ORDERED that the pretrial motions filing date is extended from August 4, 2015 to October 6, 2015.

IT IS THEREFORE ORDERED that the trial date is extended from September 21, 2015 to November 2, 2015. at 1:30 p.m.

[PROPOSED] ORDER ON MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE

LAW OFFICE OF TIMOTHY LOHRAFF, P.S.
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com

1  IT IS FURTHER ORDERED THAT the time period between September 21, 2015 [handwritten: 5] of November 2, 2015

2  and the new trial date is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the

3  purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §

4  3161-3174.

5

6  DONE this 25th day of August, 2015.

7

8  _____
   DISTRICT JUDGE JAMES L. ROBART

9

10

11  Presented by:

12  s/Timothy R. Lohraff
    Attorney for Sadie Ouellette
13  1001 Fourth Avenue, Suite 3200
    Seattle, WA 98154
14  206/940-6523
    Lohrafflaw@gmail.com

[PROPOSED] ORDER ON MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE

LAW OFFICE OF TIMOTHY LOHRAFF, P.S.
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com